DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>   Plaintiff,<br><br>   v.<br><br>SHACK-FINDLAY AUTOMOTIVE, LLC d/b/a FINDLAY HONDA and FINDLAY AUTOMOTIVE GROUP, INC., and Does 1-10 INCLUSIVE<br><br>   Defendant. | Case No. 2:10-cv-01692 KJD-RJJ |

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

Pursuant to LR IA 10-3, the United States of America respectfully requests that this honorable Court permit Rumduol Kim Vuong to practice before this honorable Court in all matters relating to the above-captioned case.

Rumduol Kim Vuong is an attorney with the United States Equal Employment Opportunity Commission ("EEOC") in the Fresno Local Office, an agency of the federal government. Ms. Vuong is a member in good standing of the Bar of California, Bar No. 264392.

. . .

Accordingly, the United States respectfully requests that an order be issued allowing Rumduol Kim Vuong to practice before this honorable Court.

DATED this 28th day of October, 2010.

Respectfully submitted,

DANIEL G. BOGDEN
United States Attorney

*/s/ Blaine Welsh*
BLAINE T. WELSH
Assistant United States Attorney

IT IS SO ORDERED:

_____
UNITED STATES DISTRICT JUDGE

DATED: November 5, 2010

2