1  DANIEL G. BOGDEN
   United States Attorney
2  District of Nevada

3  BLAINE T. WELSH
   Assistant United States Attorney
4  Nevada Bar. No. 4790
   333 Las Vegas Boulevard South, Suite 5000
5  Las Vegas, Nevada 89101
   Phone: (702)388-6336
6  Facsimile: (702)388-6787
   Email: *Blaine.Welsh@usdoj.gov*
7
   Attorneys for the United States.
8

9

10

11                    **UNITED STATES DISTRICT COURT**

12                            **DISTRICT OF NEVADA**

13  U.S. EQUAL EMPLOYMENT            )
    OPPORTUNITY COMMISSION,          )
14                                   )
                    Plaintiff,       )
15                                   )
           v.                        )   Case No. 2:10-cv-01692 KJD-RJJ
16                                   )
    SHACK-FINDLAY AUTOMOTIVE, LLC    )
17  d/b/a FINDLAY HONDA and FINDLAY  )
    AUTOMOTIVE GROUP, INC., and Does )
18  1-10 INCLUSIVE                   )
                                     )
19                  Defendant.       )

20                             **MOTION TO STRIKE**

21         **MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

22         COMES NOW the United States of America, by and through Daniel G. Bogden, United

23  States Attorney, and Blaine T. Welsh, Assistant United States Attorney, and moves to strike the

24  Motion to Permit Appearance of Government Attorney (#5) Carol Igoe.  The motion was

25  inadvertently filed in the wrong case.  At the present time, Ms. Igoe will not appear as an

26  attorney in this case and so no order allowing her to do so is needed.

.       Accordingly, the United States respectfully requests that Docket No. 5, Motion to Permit Appearance of Government Attorney (#5) Carol Igoe, be stricken from the record.

DATED this 29th day of October , 2010.

                                             Respectfully submitted,

                                             DANIEL G. BOGDEN
                                             United States Attorney

                                             */s/ Blaine Welsh*
                                             BLAINE T. WELSH
                                             Assistant United States Attorney

                                             IT IS SO ORDERED:

                                             UNITED STATES DISTRICT JUDGE

                                             DATED: November 5, 2010