DANIEL G. BOGDEN
United States Attorney
District of Nevada

BLAINE T. WELSH
Assistant United States Attorney
Nevada Bar. No. 4790
333 Las Vegas Boulevard South, Suite 5000
Las Vegas, Nevada 89101
Phone: (702)388-6336
Facsimile: (702)388-6787
Email: *Blaine.Welsh@usdoj.gov*

Attorneys for the United States.

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,<br><br>Plaintiff,<br><br>v.<br><br>SHACK-FINDLAY AUTOMOTIVE, LLC d/b/a FINDLAY HONDA and FINDLAY AUTOMOTIVE GROUP, INC., and Does 1-10 INCLUSIVE<br><br>Defendant. | Case No. 2:10-cv-01692 KJD-RJJ |

**MOTION TO STRIKE**

**MOTION TO PERMIT APPEARANCE OF GOVERNMENT ATTORNEY**

COMES NOW the United States of America, by and through Daniel G. Bogden, United States Attorney, and Blaine T. Welsh, Assistant United States Attorney, and moves to strike the Motion to Permit Appearance of Government Attorney (#5) Carol Igoe. The motion was inadvertently filed in the wrong case. At the present time, Ms. Igoe will not appear as an attorney in this case and so no order allowing her to do so is needed.

1   .       Accordingly, the United States respectfully requests that Docket No. 5, Motion to Permit

2 Appearance of Government Attorney (#5) Carol Igoe, be stricken from the record.

3        DATED this 29th day of October , 2010.

                                    Respectfully submitted,

                                    DANIEL G. BOGDEN
                                    United States Attorney

                                    */s/ Blaine Welsh*
                                    BLAINE T. WELSH
                                    Assistant United States Attorney

                                    IT IS SO ORDERED:

                                    UNITED STATES DISTRICT JUDGE

                                    DATED: November 5, 2010