UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

* * *

| | | |
|---|---|---|
| U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION, | ) ) ) | |
| Plaintiff, | ) ) | 2:10-cv-1692-KJD-RJJ |
| vs. | ) ) | |
| SHACK-FINDLAY AUTOMOTIVE, LLC, CO, *et al.*, | ) ) ) | **ORDER** |
| Defendant. | ) ) | |

IT IS HEREBY ORDERED that the parties shall file joint Interim Discovery Status Reports on May 16, 2011, and July 15, 2011.

IT IS FURTHER ORDERED that the joint Interim Discovery Status Reports shall contain the following:

1. Shall identify the discovery that has been completed;

2. Shall identify the discovery that remains outstanding;

3. Shall identify any pending discovery motions; and,

4. Shall detail all attempts to settle the case.

DATED this  6th   day of April, 2011.

_____
ROBERT J. JOHNSTON
United States Magistrate Judge