# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

U.S. EQUAL EMPLOYMENT OPPORTUNITY COMMISSION,

    Plaintiff,

v.

SHACK FINDLAY AUTOMOTIVE, LLC, *et al.*,

    Defendants.

Case No. 2:10-CV-01692-KJD-RJJ

**ORDER**

Presently before the Court is Plaintiff's Motion to Strike Attorney Liens (#40). Though the time for doing so has passed, no response in opposition has been filed. Therefore, in accordance with Local Rule 7-2(d) and good cause being found, the Court grants Plaintiff's motion. The Clerk of the Court is hereby ordered to **STRIKE** Notice of Lien for Attorney's Fees: Jason Grinstead (#32) and Notice of Lien for Attorney's Fees: Sydney Robinson (#33).

**IT IS SO ORDERED**.

DATED this 4th day of January 2012.

_____
Kent J. Dawson
United States District Judge